UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEPHANIE C. SMITH,

    Plaintiff,

v.                               Case No.: 5:23-cv-174-MW/MJF

OUTLAW RENTALS, INC.; CLASSY
CYCLES, INC.; and COLLEEN SWAB,

    Defendants.
_____/

## SECOND JOINT STATUS REPORT REGARDING DISCOVERY

In accordance with paragraph 1(b) of the Initial Scheduling Order entered in this cause (Doc. 6), the parties provide the following information:

1. Since the filing of the last Joint Status Report, defendants have separately responded to the requests for production of documents and interrogatories served upon them.

2. Additionally, defendants have propounded interrogatories and a request for production of documents upon plaintiff, the responses to which are not yet due.

1

DATED this 24th day of October, 2023.

Respectfully submitted,

| | |
|---|---|
| s/Bradley S. Odom | s/Jesse I. Unruh |
| Bradley S. Odom, Esq. | Jesse I. Unruh, Esq. |
| Florida Bar Number:   932868 | Florida Bar Number:   93121 |
| ODOM LAW GROUP, P.A. | SPIRE LAW, PLLC |
| 1800 North "E" Street | 2572 W. State Road 426, Suite 2088 |
| Pensacola, Florida 32501 | Oviedo, Florida 32765 |
| (850) 434-3527 | (407) 494-0135 |
| email@odomlawgroup.net | jesse@spirelawfirm.com |
| Attorney for Plaintiff | Attorney for Defendants |