IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEPHANIE C. SMITH,

    *Plaintiff,*

v.                                        Case No. 5:23cv174-MW/MJF

OUTLAW RENTALS, INC.,
et al,

    *Defendant.*

## ORDER DENYING WITHOUT PREJDUICE MOTION TO MODIFY SCHEDULING AND MEDIATION ORDER

    This Court has considered, without hearing, Defendants' motion to modify scheduling and mediation order, ECF No. 14. Defendants request an additional two-month extension of all deadlines, citing among other things, one of the Defendants' unexpected medical issues and a pre-planned wedding that was set to occur *after* all pending deadlines originally expire.

    Setting aside Ms. Swab's medical issues, this Court fails to see why her wedding and honeymoon at the end of January and first half of February represents good cause to modify the schedule when these plans were in place at the time Defendants agreed to the current schedule in their Rule 26 report. *See* ECF No. 10 at 3 ("The parties believe that all discovery should be commenced in time to be completed by December 27, 2023); ECF No. 14 at 4 ("None of these issues were in

Ms. Swab's control and her wedding planning occurred prior to the initiation of this lawsuit.").

In the event the parties are unable to cooperate in scheduling depositions in the time they originally agreed was sufficient, this Court will entertain a motion for extension. Until then, however, Defendants' motion, ECF No. 14, is **DENIED**.

**SO ORDERED on December 7, 2023.**

                                                <u>s/Mark E. Walker</u>
                                                **Chief United States District Judge**