# United States District Court
### CIVIL MINUTES - GENERAL

Time: <u>3:31 – 3:37 p.m.; 3:58 - 4:09 p.m.</u>  Case # <u>5:23cv174-MW-MJF</u>

Date: <u>December 14, 2023</u>

STEPHANIE C. SMITH v. OUTLAW RENTALS INC., et al.

DOCKET ENTRY:  TELEPHONIC MOTION HEARING held.  Parties discuss [16] Defendant's Emergency Motion to Quash Five Subpoenas.  Ruling by Court:  [16] Motion granted in part and denied in part.  Discovery extended for limited purpose of conducting depositions.  Parties to confer and propose deposition schedule and advise Court.  Court adopts parties' proposal to conduct three depositions over 12/18/23 & 12/19/23, however the depositions must be held in Panama City, Florida.  Remaining two depositions must be conducted by 1/12/24.  Parties are permitted to coordinate Rule 26 reports in all related cases.  Order to follow.

PRESENT:  HONORABLE **MARK E. WALKER**, CHIEF U.S. DISTRICT JUDGE

<u>Victoria Milton McGee</u>  <u>Megan Hague</u>
Deputy Clerk  Court Reporter

ATTORNEY(S) APPEARING FOR PLAINTIFF(S):

Bradley Odom

ATTORNEY(S) APPEARING FOR DEFENDANT(S):

Jesse Unruh

Initials of the Clerk:  VMM