UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

STEPHANIE C. SMITH,

    Plaintiff,

v.                                                    Case No.: 5:23cv174-MW/MJF

OUTLAW RENTALS, INC.; CLASSY
CYCLES, INC.; and COLLEEN SWAB,

    Defendants.
_____/

## SATISFACTION OF JUDGMENT

COMES NOW, the plaintiff, by and through her undersigned counsel, and hereby acknowledges full payment and satisfaction of the Amended Judgment entered by the Court in this matter on January 29, 2024.

Accordingly, plaintiff acknowledges that Defendants do not owe her and/or her counsel any more monies pursuant to the Amended Judgment entered in this cause.

                                                            Respectfully submitted,

                                                            s/Bradley S. Odom
                                                            Bradley S. Odom, Esq.
                                                            Florida Bar Number:   932868
                                                            ODOM LAW GROUP, P.A.
                                                            1800 North "E" Street
                                                            Pensacola, Florida  32501
                                                            (850) 434-3527
                                                            email@odomlawgroup.net
                                                            Attorney for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Kevin D. Johnson, Esq., Johnson Jackson, PLLC, 100 N. Tampa St., Suite 1800, Tampa, Florida 33602, via electronic transmission, on this 22nd day of April, 2024.

s/Bradley S. Odom